IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON TRIMBLE,                                    No. CIV S-08-1379-WBS-CMK-P

       Plaintiff,

  vs.                                                         FINDINGS AND RECOMMENDATIONS

SOLANO COUNTY JAIL, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2008, the court dismissed plaintiff's complaint with leave to amend and directed plaintiff to file a first amended complaint within 30 days. Plaintiff was warned that failure to comply could result in dismissal of the action. See Local Rule 11-110. To date, plaintiff has failed to comply.

       The court must weigh five factors before imposing the harsh sanction of dismissal. See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987). Those factors are: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3) the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on

1  their merits; and (5) the availability of less drastic sanctions.  See id.; see also Ghazali v. Moran,
2  46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an
3  appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor.
4  See Malone, 833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is
5  appropriate where there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421,
6  1423 (9th Cir. 1986).  Dismissal has also been held to be an appropriate sanction for failure to
7  comply with an order to file an amended complaint.  See Ferdik v. Bonzelet, 963 F.2d 1258,
8  1260-61 (9th Cir. 1992).
9  		Having considered these factors, and in light of plaintiff's failure to file an
10 amended complaint as directed, the court finds that dismissal of this action is appropriate.
11 		Based on the foregoing, the undersigned recommends that this action be
12 dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and
13 orders.
14 		These findings and recommendations are submitted to the United States District
15 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
16 after being served with these findings and recommendations, any party may file written
17 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
18 Findings and Recommendations."  Failure to file objections within the specified time may waive
19 the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 15, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE