**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON TRIMBLE, | No. CIV S-08-1379-WBS-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SOLANO COUNTY JAIL, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On August 18, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1

1          Although it appears from the file that the findings and recommendations were
2  returned, the parties were properly served.  It is the responsibility of the parties to keep the court
3  apprised of their address of record at all times.  Pursuant to Local Rule 83-182(d), service of
4  documents at the record address of the party is fully effective.
5          The court has reviewed the file and finds the findings and recommendations to be
6  supported by the record and that dismissal is warranted, not as a sanction for failure to amend the
7  complaint, but because it appears that plaintiff has failed to prosecute this action.
8          Accordingly, IT IS HEREBY ORDERED that:
9          1.      The findings and recommendations filed August 18, 2008, are adopted in
10 full;
11         2.      This action is dismissed, without prejudice, for lack of prosecution; and
12         3.      The Clerk of the Court is directed to enter judgment of dismissal and close
13 this file.
14 DATED:  October 20, 2008

```
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```